08 CV 4192

Levy Davis & Maher, LLP
Jonathan A. Bernstein (JB 4053)
880 Third Avenue
New York, NY 10022
Tel: 212-371-0033

Bluestone Law, Ltd.
Minh Ngoc Nguyen (MN 8607)
4405 East-West Highway, Suite 402
Bethesda, MD 20814
Tel: 301-656-0230
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ZHEIJIANG ZEC IMPORT &
EXPORT CO., LTD.

                Plaintiff,

   -against-

J.C. SUSSMAN, INC.

                Defendants.

**COMPLAINT**

------------------------------------------------------------------X

Plaintiff Zheijiang Zec Import & Export Co., Ltd. ("Plaintiff"), by and through its undersigned counsel, hereby sues Defendant J.C. Sussman, Inc. ("Defendant") and alleges:

### NATURE OF THE ACTION

1.     Plaintiff seeks money damages against Defendant for breach of contract, account stated and goods sold and delivered arising from Defendant's failure to make complete payment on six invoices.



1

**THE PARTIES**

2.      Plaintiff is a corporation organized and existing under the laws of The People's Republic of China and maintains its principal place of business at 10th Floor, Zheijiang Economic Cooperation Building, 208 Chaowang Road, Hangzhou, People's Republic of China.

3.      Defendant is a corporation organized and existing under the laws of the State of New York and maintains its principal place of business at 235 Mamaroneck Ave., Room 402, White Plains, Westchester County, NY 10605.

**JURISDICTION AND VENUE**

4.      This Court has subject matter jurisdiction over this action based on diversity of citizenship pursuant to 28 U.S.C. 1332.  The matter in controversy exceeds, exclusive of interest and costs, $75,000.

5.      Venue is proper in the United States District Court for the Southern District of New York under 28 U.S.C. §1391(a)(1) and 1391(c) because Defendant is considered to be residing in this judicial district, and therefore, subject to the personal jurisdiction of this Court.

**COUNT I**

**BREACH OF CONTRACT**

6.      Plaintiff repeats and realleges each allegation in paragraphs "1" through "5" of the complaint as if fully set forth at length herein.

7.      Around and between September 20, 2006 and April 18, 2007, Defendant purchased fabrics ("Goods") from the Plaintiff for a total of $224,049.01 as reflected in

the six commercial invoices attached hereto as Exhibits 1 through 6 and the statement of account attached hereto as Exhibit 7.

8.    Around and between the dates of September 20, 2006 and April 18, 2007, Plaintiff shipped the Goods to Defendant or Defendant's Agent as reflected in the five bills of lading attached hereto as exhibits 8 through 12.

9.    Defendant made one payment on these shipments in the amount of $25,117.86 on December 20, 2006, as reflected in the statement of account attached hereto as Exhibit 7.

10.    Defendant has not made any additional payments to Plaintiff and there is a remaining balance of $198,931.15 owed by the Defendant to Plaintiff.

11.    Plaintiff has made demand upon Defendant for the balance due but Defendant refuses and fails to make payment.

## COUNT II
## ACCOUNT STATED

12.    Plaintiff repeats and realleges each allegation in paragraphs "1" through "11" of the complaint as if fully set forth at length herein.

13.    Plaintiff sent and Defendants received account statements in the amount of $224,049.01.  Defendants made no objections and made payment $25,117.86 on December 20, 2006.

14.    Defendant has not made any additional payments to Plaintiff and there is a remaining balance of $198,931.15 owed by the Defendant to Plaintiff.

15.    Plaintiff has made demand upon Defendant for the balance due but Defendant refuses and fails to make payment.


## COUNT III
## PRICE OF GOODS SOLD AND DELIVERED PURSUANT TO U.C.C. SEC. 2-709

16.    Plaintiff repeats and realleges each allegation in paragraphs "1" through "15" of the complaint as if fully set forth at length herein.

17.    Plaintiff and Defendant are merchants generally engaged in the business of selling, buying and trading goods of the type that are the subject of this action.

18.    Around and between September 20, 2006 and April 18, 2007, Plaintiff sold and delivered to Defendant or Defendant's Agent, and Defendant accepted and retained certain Goods at the agreed price and reasonable value of $224,049.01.

19.    Defendant made one payment on these Goods in the amount of $25,117.86 on December 20, 2006.

20.    Defendant has not made any additional payments to Plaintiff and there is a remaining balance of $198,931.15 owed by the Defendant to Plaintiff.

21.    Plaintiff has made demand upon Defendant for the balance due but Defendant refuses and fails to make payment.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment in the amount of $198,931.15 plus prejudgment interest on each invoice beginning 90 days after each shipment was received by Defendant plus post judgment interest and costs.

4

DATED:    New York, New York
             April 30, 2008

                                          Levy Davis & Maher, LLP
                                          Jonathan A. Bernstein (JB 4053)
                                          Attorneys for Plaintiffs
                                          880 Third Avenue
                                          New York, NY 10022
                                          Tel: 212-371-0033


                                              /s/
                                          Bluestone Law, Ltd.
                                          Minh Ngoc Nguyen (MN 8607)
                                          Attorney for Plaintiffs
                                          4405 East-West Highway, Suite 402
                                          Bethesda, MD 20814
                                          Tel: 301-656-0230

浙江 经协 国际 经贸 有限 公司 发票

## Zhejiang ZEC Import & Export Co., Ltd. Invoice

10/F., Zhejiang Economic Cooperation (ZEC) Building,

208 Chaowang Road, Hangzhou, China

出口专用

发票代码 133010624860

发票号码 00004336

税号:330 J.C.S. SUNSHINE INC.

TO: M/S 235 MAMARONECK AVE ROOM 402
WHITE PLAINS NY 10605,USA

记 帐 联

ACCOUNT

No. 07WKM070112001

定单或合约号码

S/C ZEC070701712001

日期
Date APR.18.2007

| 菱船口岸 From | SHANGHAI | 目的地 To | NEW YORK |
| 信用证号数 Letter of Credit No. | | 开证银行 Issued by | |

| 唛头 Marks & Nos. | 货 名 数 量 Quantities and Descriptions | | 单价 Unit price | 金 额 Amount |
|---|---|---|---|---|
| | | | FOB SHANGHAI | |
| J.C.S. PO# QTY: SALE# LOT# MADE IN CHINA | DYEING FABRIC | 33493 YDS    USD | 1.53   USD 5137.44 | |
| | | 33493 YDS | | USD 5137.44 |

浙江经协国际经贸有限公司

浙江 经协 国际 经贸 有限 公司

Zhejiang ZEC Import & Export Co., Ltd.

开票单位（盖章）
此发票限在2007年12月31日前使用有效。

PLAINTIFF'S
EXHIBIT

浙江经协国际经贸有限公司发票

Zhejiang ZEC Import & Export Co., Ltd. Invoice

10/F., Zhejiang Economic Cooperation (ZEC) Building,

208 Chaowang Road, Hangzhou, China

出口专用

发票代码 133010624860

发票号码 00002688

税号:330165726600232

TO: M/S HAMARONECK AVE ROOM902
WHITE PLAINS NY 10605,USA

报 查 联
CUSTOM

No. EXH070412011

定单或合约号码
S/C. No. EXH070412011

日期
Date DEC.06,2006

| 装船口岸<br>From | SHANGHAI | 目的地<br>To | SINGAPORE |
| 信用证号数<br>Letter of Credit No. | | 开证银行<br>Issued by | |

| 唛头 Marks & Nos. | 货 名 数 量 Quantities and Descriptions | | | 单价 Unit price | 金 额 Amount |
|---|---|---|---|---|---|
| | | | | FOB SHANGHAI | * |
| CN<br>ON<br>BN<br>MFG<br>01#<br>MADE IN CHINA | DYEING FABRIC | 25128.6 YDS | USD | 1.04 | USD 26132.50 |
| | | 25128.6 YDS | | | USD 26132.50 |

开票单位(盖章)
此发票限在2007年12月31日前使用有效。

浙江经协国际经贸有限公司
Zhejiang ZEC Import & Export Co., Ltd.

浙江经协国际经贸有限公司发票

## Zhejiang ZEC Import & Export Co., Ltd. Invoice

10/F., Zhejiang Economic Cooperation (ZEC) Building,

208 Chaowang Road, Hangzhou , China

出口专用

发票代码 133010624860

发票号码 00002296

税号:33016572660022

TO: M/S.   ___ FASHION CO.,LTD
628 C HANOI HIGHWAY,AN PHU WARD,DISTRICT 2
HOCHIMINH CITY,VIETNAM

报 单 联

CUSTOM

发票 No.07112010

定单或合约号码
LIST No.07112010

日期
Date    28.2006

| 装船口岸<br>From | SHANGHAI | 目的地<br>To | HOCHIMINH | | |
|---|---|---|---|---|---|
| 信用证号数<br>Letter of Credit No. | | 开证银行<br>Issued by | | | |

| 唛头 Marks & Nos. | 货 名 数 量 Quantities and Descriptions | | | 单价 Unit price | 金 额 Amount |
|---|---|---|---|---|---|
| | | | | CIF    HOCHIMINH | |
| J.C.S.<br>PO#<br>QTY·<br>BALE#<br>LOT#<br>MADE IN CHINA | DYEING FABRIC | 13966 YDS | USD 1.01 | USD 14105.66 | |
| | | 13966 YDS | | USD 14105.66 | |

开票单位（盖章）

此发票限在2007年12月31日前使用有效。

浙江经协国际经贸有限公司

Zhejiang ZEC Import & Export Co., Ltd.

09

浙江经协国际经贸有限公司发票

Zhejiang ZEC Import & Export Co., Ltd. Invoice

10/F., Zhejiang Economic Cooperation (ZEC) Building,

208 Chaowang Road, Hangzhou, China

税号:3301657266000232

P.C. SUSSMAN INC.

TO: M/S. 235 MAMARONECK AVE ROOM#402

WHITE PLAINS NY 10605,USA

报 查 联

CUSTOM

发票代码 133010624860

发票号码 00002295

No. 06WKM070112009

定单或合约号码

S/C 06SC 06070112009

日期

Date NOV.22,2006

| 装船口岸<br>From | | 目的地<br>To | |
|---|---|---|---|
| 信用证号数<br>Letter of Credit No. | SHANGHAI | 开证银行<br>Issued by | NEW YORK |

| 唛头 Marks & Nos. | 货名 数量 Quantities and Descriptions | | 单价 Unit price | 金额 Amount |
|---|---|---|---|---|
| | | | FOB    SHANGHAI | |
| J.C.S.<br>PO#<br>QTY:<br>BALE#<br>LOT#<br>MADE IN CHINA | DYEING FABRIC | 29901.0 YDS | USD   0.92 | USD 27508.92 |
| | | 29901.0 YDS | | USD 27508.92 |

开票单位(盖章)

本发票限在2007年12月31日前使用有效。

浙江经协国际经贸有限公司

Zhejiang ZEC Import & Export Co., Ltd.

08

# 浙江经协国际经贸有限公司发票
## Zhejiang ZEC Import & Export Co., Ltd. Invoice
10/F., Zhejiang Economic Cooperation (ZEC) Building,
208 Chaowang Road, Hangzhou, China

出口专用

税号:33016572660023*

TO: M/S.  ...SMAN INC.
215 MAMARONECK AVE ROOM...
WHITE PLAINS NY 10605,USA

报 查 联
CUSTOM

发票代码 133010624860
发票号码 00001044
No. ......06WK31070112008
定单或合约号码
S/C No. .....Z.E.C.06070112008
日期
Date ................SEP.17.2006

| 装船口岸 From | 目的地 | | |
|---|---|---|---|
| SHANGHAI | To | NEW YORK | |
| 信用证号数 Letter of Credit No. | 开证银行 Issued by | | |

| 唛头 Marks & Nos. | 货 名 数 量 Quantities and Descriptions | 单价 Unit price | 金 额 Amount |
|---|---|---|---|
| | | FOB | SHANGHAI |
| J.C.S. PO# QTY: BALE# LOT# MADE IN CHINA | DYEING FABRIC | 44270.6 YDS | USD 1.31 | USD 57994.49 |
| | 44270.6 YDS | | USD 57994.49 |

开票单位(盖章)
此发票限在2007年12月31日前使用有效。

浙江经协国际经贸有限公司
Zhejiang ZEC Import & Export Co., Ltd.

浙江经协国际经贸有限公司发票

Zhejiang ZEC Import & Export Co., Ltd. Invoice

10/F., Zhejiang Economic Cooperation (ZEC) Building,

208 Chaowang Road, Hangzhou, China

发票代码 133010624860

发票号码 00001043

税号:33016572660022

TO: M/S.    WISEMAN INC.
235 MAMARONECK AVE ROOM
WHITE PLAINS NY 10605,USA

报    查    联

CUSTOM

No.            06WKM070112007

定单或合约号码

S/C No.      ZEC060701112007

日期

Date .............SEP.13,2006....

| 装船口岸<br>From<br>信用证号数<br>Letter of Credit No. | 目的地<br>To<br>开证银行<br>Issued by | | |
|---|---|---|---|
| | NINGBO | NEW YORK | |

| 唛头 Marks & Nos. | 货 名 数 量 Quantities and Descriptions | | 单价 Unit price | 金 额 Amount |
|---|---|---|---|---|
| | | | | FOB    NINGBO |
| I.C.S.<br>PO#<br>QTY:<br>BALE#<br>LOT#<br>MADE IN CHINA | DYEING FABRIC | 74136.9  YDS | USD   1.25 | USD 92670.00 |
| | | 74136.9  YDS | | USD 92670.00 |

开票单位(盖章)
此发票限在2007年12月31日前使用有效。

浙江经协国际经贸有限公司
Zhejiang ZEC Import & Export Co., Ltd.



# 追帐案情说明

我司自 2006 年 6 月起通过中间人宋健与国外客户 J.C.SUSSMAN INC(235 MAMARONECK AVE ROOM #402 WHITE PLAINS NY 10605,USA) 有业务往来，付款方式为 OA 90 天，前后共计发生 14 票业务，具体如下：

| | 发票号 | 报关日期 | 报关金额 USD | 收款人 | 付款人 | 金额USD | 时间 |
|---|---|---|---|---|---|---|---|
| 06年 | 07012001 | 2006-6-13 | 18017.12 | J.C.SUSSMAN INC | SUNKING INDUSTRY | 17817.12 | 2006-9.28 |
| | 07012002 | 2006-6-18 | 7328.7 | J.C.SUSSMAN INC | SUNKING INDUSTRY | 7128.70 | 2006-9.28 |
| | 07012003 | 2006-6-27 | 40434.83 | J.C.SUSSMAN INC | SUNKING INDUSTRY | 4004.83 | 2006-9.28 |
| | 07012004 | 2006-7-18 | 54523.18 | J.C.SUSSMAN INC | J.C.SUSSMAN INC | 54143.18 | 2006-11.13 |
| | 07012005 | 2006-7-29 | 13493.56 | J.C.SUSSMAN INC | J.C.SUSSMAN INC | 13493.56 | 2006-11.13 |
| | 07012006 | 2006-8-15 | 47335.65 | J.C.SUSSMAN INC | SUNKING INDUSTRY | 47000.65 | 2006-12.20 |
| | 07012007 | 2006-9-20 | 926.70 | J.C.SUSSMAN INC | | 未收汇 | |
| | 07012008 | 2006-9.22 | 57994.49 | J.C.SUSSMAN INC | J.C.SUSSMAN INC | 2511?.86 | 2006-12.20 |
| | 07012009 | 2006-11.24 | 27508.92 | J.C.SUSSMAN INC | | 未收汇 | |
| 07年 | 07012010 | 2006-11.25 | 14105.66 | ORANGE FASHION CO.,LT | | 未收汇 | |
| | 07012011 | 2006-12.11 | 26623.5 | ORANGE FASHION CO.,LT | | 未收汇 | |
| | 07012001 | 2007-4.18 | 5137.44 | J.C.SUSSMAN INC | | 未收汇 | |
| | 07012002 | 2007-4-28 | 2540 | NUTRITION PARK. | SUNKING INDUSTRY | 2525.00 | 2007-5.16 |

收汇一览表：

| 付款客户 | 时间 | 金额 |
|---|---|---|
| SUNKING INDUSTRY COMPANY | 2006-09-08 | 7303.70 |
| SUNKING INDUSTRY COMPANY | 2006-09-28 | 40000.00 |
| SUNKING INDUSTRY COMPANY | 2006-11-13 | 48432.20 |
| J.C.SUSSMAN CO INCORPORAT | 2006-12-20 | 109000.00 |
| SUNKING INDUSTRY COMPANY | 2007-05-16 | 2525.00 |
| 共收汇. | | 207260.90 |

上表中提及的ORANGE FASHION CO.,LTD为 J.C.SUSSMAN INC公司在越南的制衣公司，宋健在香港注册有公



# BILL OF LADING     EURASIA FREIGHT SERVICE INC.

SHIPPER (PRINCIPAL OR SELLER-LICENSEE AND ADDRESS)

ZHEJIANG ZEC IMPORT & EXPORT CO., LTD.
10/F ZHEJIANG ECONOMIC COOPERATION (ZEC) BUILDING
208 CHAOWANG ROAD, HANGZHOU, CHINA

| | |
|---|---|
| B/L NO. | EURFLH06D013SNYX |
| | NUMBER OF ORIGINAL B/L'S: THREE |
| | ORIGIN |

EXPORT REFERENCES

CONSIGNED TO:

J. C. SUSSMAN INC
235 MAMARONECK AVE ROOM B 402
WHITE PLAINS NY 10605, USA

FORWARDING AGENT (NAME AND ADDRESS-REFERENCES)

NOTIFY PARTY/INTERMEDIATE CONSIGNEE (NAME AND ADDRESS)

J. C. SUSSMAN INC
235 MAMARONECK AVE ROOM B 402
WHITE PLAINS NY 10605, USA

POINT AND COUNTRY OF ORIGIN

INLAND ROUTING/EXPORT INSTRUCTIONS

PLACE OF RECEIPT

| VESSEL/VOYAGE SANTA CRUZ | 66636 | PORT OF LOADING SHANGHAI | CONTAINER NUMBERS |
|---|---|---|---|
| PORT OF DISCHARGE LOS ANGELES | | FOR FINAL DESTINATION NEW YORK | TSLU5045lb/CN6990060 |

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS (PARTICULARS FURNISHED BY SHIPPER) | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| J. C. S. FOB QTY: LOTS BALES COLORS MADE IN CHINA | 130 BALES | DYEING FABRIC<br>O/P:USD 3200.00 | 6390.00 KGS | 30.000 C |

ORIGINAL

ON BOARD
左帼民
(3)
08 DEC 2006
FREIGHT PREPAID

CFS/CFS

SAY ONE HUNDRED AND THIRTY BALES ONLY.

FREIGHT RATES CHARGES WEIGHTS AND/OR MEASUREMENTS SUBJECT TO CORRECTION

FMC NO. 012405
BOND NO. 8941199

EURASIA FREIGHT SERVICE INC.
ADD:250-79, INTERNATIONAL AIRPORT CENTER BLVD.,
SUITE 250 JAMAICA,
NEW YORK 11413-3164 U.S.A.
TEL:1 718 244 8667
FAX:1 718 244 1682

08 DEC 2006

SHANGHAI

Dated at
EURASIA    PUDONG INTERNATIONAL
TRANSPORTATION SERVICE CO.,LTD.
左帼民
AS AGENTS FOR CARRIER

| | TOTAL OCEAN FREIGHT CHARGES | | |
| | OTHER CHARGES | | |
| | TOTAL PREPAID | | |
| | TOTAL COLLECT | | |

Form No. 1A

№ 0067168

BILL OF LADING



BENELUC-FREIGHT AGENCY LTD. BILL OF

| | |
|---|---|
| **Shipper/Exporter** | **S/O No./Ref.No.** |
| ZHEJIANG ZEC IMPORT & EXPORT CO., LTD. 10/E, ZHEJIANG ECONOMIC COOPERATION (ZEC) BUILDING, 208 CHAOHANG ROAD, HANGZHOU, CHINA | **Forwarding Agent References** MRS VTBC SHIPPING LTD. 19 DONG DA ST., WARD 2, TAN BINH DIST., HO CHI MINH CITY, VIETNAM.TEL. TEL: 84 8 8467515 ext 111 & 112 FAX: 84 8 8467512 |
| **Consignee** WFS CO.LTD  946  LE VAN KHUONG STREET KP3 THOI AN WARD 12 DISTRICT HCMC VIETNAM | Port and Country of Origin (for the Merchant's reference only) |
| **Notify Party (complete name and address)** WFS CO.LTD  946  LE VAN KHUONG STREET KP3 THOI AN WARD 12 DISTRICT HCMC VIETNAM | Onward Inland Routing/Export Instruction (for the Merchant's reference only) |
| **Place of Receipt/Date** | **Port of Loading** SHANGHAI | RECEIVED by BENELUC - FREIGHT AGENCY LTD. from the Shipper, Consignee, his Agent, Inland Carrier or Connecting... |
| **Ocean Vessel** HYUNDAI HARMONY | **Voy. No.** 077S | |
| **Port of Discharge** HOCHIMINH CITY PORT | **Place of Delivery** HOCHIMINH CITY PORT | |

| Container No./And Seal No. Marks & Nos. | Quantity And Kind of Packages | Description of Goods | Measurement/ Gross Weight (kilos) | |
|---|---|---|---|---|
| J.C.S. PO# QTY: BALE#: LOT#: MADE IN CHINA | 08BALES | DYEING FABRIC | 4277KGS | 18.5CBM |
| | | ob wkmo 70112010 | | |
| NYKU5464451/CN5135401 | | | | |
| TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS) | | LCL CY/CY  **ORIGINAL**  FREIGHT PREPAID | Declared Value $ | |
| | | SAY NINETY-ONE BALES ONLY | | |
| **FREIGHT & CHARGES** | Revenue Tons | Rate | Per | Prepaid | Collect |
| **B/L NO.** BLCD611N115 | **Prepaid at** SHANGHAI | **Payable at** | Exchange Rate | |
| | **Number of Original B/s(s).** THREE | **Place of B(s)/L. Issue/Date** SHANGHAI  11/27/2008 | |
| | **Laden on Board the Vessel** | | |

NOV 27  2008

ON BOARD

= BENELUC=

For and on behalf of
BENELUC FREIGHT AGENCY LTD HANGZHOU BRANCH

AS AGENT FOR THE CARRIER
BENELUC FREIGHT AGENCY LTD
*Authorized Signature*

P.2

Feb 28 07 09:43p



# BILL OF LADING    EURASIA FREIGHT SERVICE INC.

ORIGINAL

| SHIPPER (PRINCIPAL OR SELLER-LICENSEE AND ADDRESS) | B/L NO. EURFLM04N0572NYE | NUMBER OF ORIGINAL B/L'S THREE |
|---|---|---|

**SHIPPER:**
ZHEJIANG ZEC IMPORT & EXPORT CO., LTD.
10/F, ZHEJIANG ECONOMIC
COOPERATION (ZEC) BUILDING, 208 CHAOWANG
ROAD, HANGZHOU, CHINA

EXPORT REFERENCES

**CONSIGNED TO**
J.S. SUSSMAN INC
135 MAMARONECK AVE ROOM0402
WHITE PLAINS NY 10605, USA

FORWARDING AGENT (NAME AND ADDRESS-REFERENCES)

To: 杨军

**NOTIFY PARTY/INTERMEDIATE CONSIGNEE (NAME AND ADDRESS)**
J.S. SUSSMAN INC
135 MAMARONECK AVE ROOM0402
WHITE PLAINS NY 10605, USA

POINT AND COUNTRY OF ORIGIN

INLAND ROUTING/EXPORT INSTRUCTIONS

**PLACE OF RECEIPT**

| VESSEL, VOYAGE SANTA BARBARA 0654E | PORT OF LOADING SHANGHAI | CONTAINER NUMBERS |
|---|---|---|
| PORT OF DISCHARGE LOS ANGELES | FOR FINAL DESTINATION NEW YORK | NYKU8785900/CN4072143 |

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS (PARTICULARS FURNISHED BY SHIPPER) | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| J.C.S.
P0#
QTY:
BALES:
COLORS
MADE IN CHINA | 187 BALES | DYEING FABRIC
G/F: USD 726.00 | 8976.00 KGS | 24.000 CBM |

06 WKM 07 011 2009

ON BOARD

在锋民
(3)

2 3 NOV 2006
FREIGHT PREPAID

CFS/CY

SAY ONE HUNDRED AND EIGHTY SEVEN BALES ONLY

| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS | | |
|---|---|---|
| SUBJECT TO CORRECTION | PREPAID | COLLECT |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | FMC NO. 012405 | |
| 5 | BOND NO. 8941179 | |
| 6 | | |
| 7 | | |
| 8 TOTAL OCEAN FREIGHT CHARGES | | |
| 9 OTHER CHARGES | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 TOTAL PREPAID | | |
| 14 TOTAL COLLECT | | |

Form No. 1A

To Obtain Delivery Contact:
EURASIA FREIGHT SERVICE INC.-NYC
ADD:230-79, INTERNATIONAL AIRPORT CENTER BLVD.,
SUIT 150 JAMAICA,
NEW YORK-11413-1304 U.S.A
TEL:1 718 244 8887
FAX:1 718 244 8882

2 3 NOV 2006

SHANGHAI
Dated at
EURASIA FREIGHT TRANSPORTATION SERVICE CO.,LTD.

FAN CHENG INTERNATIONAL
TRANSPORTATION SERVICE CO.,LTD.
在锋民
As Agents Only

AS AGENTS FOR CARRIER

**BILL OF LADING**

№ 0067504

Nov 27 04 07:58a                                                                          P.3

# BILL OF LADING    EURASIA FREIGHT SERVICE INC.    OR

| SHIPPER (PRINCIPAL OR SELLER-LICENSEE AND ADDRESS) | B/L NO. | NUMBER OF ORIGINAL |
|---|---|---|
| ZHEJIANG ZEC IMPORT CO., LTD. 10/F, ZHEJIANG ECONOMIC COOPERATION (ZEC) BUILDING, 208 CHAOWANG ROAD, HANGZHOU, CHINA | EURFLH0690465NYK | THR |

EXPORT REFERENCES

| CONSIGNED TO | FORWARDING AGENT (NAME AND ADDRESS-REFERENCES) |
|---|---|
| J.C. SUSSMAN INC 235 MAMARONECK AVE ROOM#402 WHITE PLAINS NY 10605, USA | |

| NOTIFY PARTY/INTERMEDIATE CONSIGNEE (NAME AND ADDRESS) | POINT AND COUNTRY OF ORIGIN |
|---|---|
| J.C. SUSSMAN INC 235 MAMARONECK AVE ROOM#402 WHITE PLAINS NY 10605, USA | INLAND ROUTING/EXPORT INSTRUCTIONS |

PLACE OF RECEIPT

| VESSEL VOYAGE | | PORT OF LOADING | CONTAINER NUMBERS |
|---|---|---|---|
| DOCL ZHOUSHAN | 01E58 | SHANGHAI | |
| PORT OF DISCHARGE | | FOR FINAL DESTINATION | TRIU9739530/CN4961463 |
| LOS ANGELES | | NEW YORK | |

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS (PARTICULARS FURNISHED BY SHIPPER) | GROSS WEIGHT | MEASURE |
|---|---|---|---|---|
| J.C.S. ??? NY: ???T# ALES# COLORS MADE IN CHINA | 318 BALES | DYEING FABRIC O/F:$2305.00 HEADLOAD | 13674.00 KGS | 38.0 |

06WKM0J011 2008

CFS/CY

ON BOARD

(3)

1 9 SEP 2006    FREIGHT PREPAID

SAY THREE HUNDRED AND EIGHTEEN BALES ONLY

| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| | | |

To obtain Delivery Contact:
EURASIA FREIGHT SERVICE INC.-NYC
ADD:230-79, INTERNATIONAL AIRPORT CENTER BLVD.,
SUIT 250 JAMAICA,
NEW YORK 11413-4104 U.S.A.
TEL:1 718 244 8887
FAX:1 718 244 1682

FMC NO. 012405
BOND NO. 8941179

TOTAL OCEAN FREIGHT CHARGES
OTHER CHARGES

SHANGHAI        1 9 SEP 2006
Dated at
EURASIA   FREIGHT   FAN CHENG INTERNATIONAL
TRANSPORTATION SERVICE CO., LTD.

TOTAL PREPAID

Nov 27 04 07:58a

ZIMUNGB 786 600

P.2

**BILL OF LADING** — ZIM INTEGRATED SHIPPING SERVICES LTD — ZIM CONTAINER SERVICE

SHIPPER: ...IMPORT & EXPORT CO.,LTD.
ADD1105,ZHEJIANG ECONOMIC COOPERATION(ZEC)
BUILDING20B, CHAOWANG ROAD,HANGZHOU,CHINA
TEL:89-0571-85391488 FAX: 86 571 85391488

CONSIGNEE:
J.C.BUSSMAN INC.
205 MAMARONECK AVE ROOM#402
WHITE PLAINS NY 10605,USA

NOTIFY PARTY:
J.C.BUSSMAN INC.
205 MAMARONECK AVE ROOM#402
WHITE PLAINS NY 10605,USA

7 fb's

PLACE OF RECEIPT:
PRE-CARRIAGE BY / VESSEL:
ZIM PUSAN    5E
PORT OF LOADING: NINGBO
PORT OF DISCHARGE: NEW YORK, NY

DESCRIPTION OF GOODS:
B/L J.J.
J.D.R.        SYMBOL OF...
PCS          DYEING FABRIC
CTN          THIS SHIPMENT CON...
BALES        FREIGHT VALUE USD3026 00
LOTS
MADE IN CHINA

06W(5807011207)

TOTAL FOUR HUNDRED AND FIFTY-FOUR BALES ONLY       11976 00    69 000