08 CV 4192

Bluestone Law, Ltd.
Minh Ngoc Nguyen (MN 8607)
Attorney for Plaintiffs
4405 East-West Highway, Suite 402
Bethesda, MD 20814
Tel: 301-656-0230


Levy Davis & Maher, LLP
Jonathan A. Bernstein (JB 4053)
Attorney for Plaintiffs
880 Third Avenue
New York, NY 10022
Tel: 212-371-0033

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

ZHEIJIANG ZEC IMPORT &
EXPORT CO., LTD.

                Plaintiff,

   -against-                                                          **RULE 7.1 STATEMENT**

J.C. SUSSMAN, INC.

                Defendants.

-------------------------------------------------------------X

    Plaintiff Zheijiang Zec Import & Export Co., Ltd. ("Plaintiff"), by and through undersigned counsel, hereby certifies that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of stock in it.

Dated:   New York, New York
           April 30, 2008

Levy Davis & Maher, LLP
Jonathan A. Bernstein (JB 4053)
880 Third Avenue
New York, NY 10022
Tel: 212-371-0033

                                                                              /s/
Bluestone Law, Ltd.
Minh Ngoc Nguyen (MN 8607)
4405 East-West Highway, Suite 402
Bethesda, MD 20814
Tel: 301-656-0230