AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 14, 2008 at 6:57 P.M. |
| NAME OF SERVER (PRINT) DAMON R. MAHER | TITLE Atty.-at-law |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 10 City Place, White Plains, New York, by delivery to Jun Patrick Cong, managing agent of defendant corporation (male; yellow skin; gray hair; 5'10-11" tall; 200-210 lbs; 45-50 yrs old)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/15/08
            Date                    Signature of Server

c/o Levy Davis + Maher LLP
880 Third Ave., 9th Flr.
New York, NY 10022
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.