UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ZHEIJIANG ZEC IMPORT & EXPORT CO., LTD.,

               Plaintiff,

   -against-                                     08 CIVIL 4192 (WCC)
J.C. SUSSMAN, INC.,

               Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Jonathan Adam Bernstein__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JB 4053__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __29 Broadway, 9th Floor, New York, NY 10006__

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: __July 7, 2008__